18966. PASS *v.* MASSACHUSETTS BONDING & INSURANCE COMPANY *et al.*

HEAD, Justice. This case is controlled by the decision of this court in *United States Casualty Co.* v. *Watkins*, ante, p. 619.

*Judgment reversed. All the Justices concur, except Duckworth, C. J., and Candler, J., who dissent. Hawkins, J., concurs in the judgment only.*

ARGUED MAY 10, 1955—DECIDED JUNE 13, 1955.

*Newell Jones, John L. Watson, Jr., Tye, Cooper & Bell, Walter G. Cooper*, for plaintiff in error.

*T. J. Long, W. Neal Baird, Hurt, Gaines & Baird*, contra.